IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

VS.  4:17-CR-00228-BRW

**DERICK EZRA EDWARDS, JR.**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 32) is DENIED, because the parties agreed to a 120-month sentence.[1]  Notably, if Defendant were sentenced today, he would qualify as an Armed Career Criminal and have a mandatory minimum sentence of 180 months.[2]

IT IS SO ORDERED this 2nd day of April, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See Doc. No. 30 at 13 ("the government and defense have agreed to a 120-month sentence . . . .").

[2] Defendant has nine convictions for residential burglary.  *Daniels v. United States*, 806 F. App'x 493, 494 (8th Cir. 2020) ("Arkansas residential burglary qualifies as a violent felony for the purposes of the ACCA.").